IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| VERONICA COVINGTON BRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:16CV459 |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On June 21, 2017, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action, and a copy was given to the court. (ECF Nos. 14, 15.)

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation. (ECF No. 16.)

The court has made a *de novo* determination which is in accord with the Magistrate Judge's Recommendation. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Plaintiff's Motion for Judgment on the Pleadings (ECF No. 9) is DENIED, the Defendant's Motion for Judgment on the Pleadings (ECF No. 12) is GRANTED, the final decision of the Commissioner is AFFIRMED, and

this action is DISMISSED WITH PREJUDICE.   A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 31st day of July, 2017.

/s/ Loretta C. Biggs
United States District Judge